UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 21 2019
```

UNITED STATES OF AMERICA

- against -

THERYN JONES,
GYANCARLOS ESPINAL, and
ARIUS HOPKINS,

Defendants.

S4 17 Cr. 791 (LAK)

[PROPOSED] ORDER

Upon the application of the defendant, Arius Hopkins (Register No. 79689-054), by and through his attorneys, the Court hereby orders the Metropolitan Detention Center ("MDC") in Brooklyn, New York, or the Metropolitan Correctional Center ("MCC") in New York, New York, as may be applicable, to accept clothing for the defendant to use during the pendency of his trial. The Court now orders the MDC and MCC, as applicable, to accept up to five sets of clothing, including, but not limited to, undershirts, socks, shoes, dress shirts, suit pants, suit jackets, ties, and sweaters, and to permit such clothing to be made available to the defendant prior to each court date in this case. In addition, the Court shall permit the defendant to change into business attire at the Court prior to each appearance and appear before the jury without restraints during the pendency of his trial. Counsel for the defendant shall deliver a copy of this order to the appropriate personnel at the MDC or MCC.

SO ORDERED

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated: November 21, 2019
       New York, New York