```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ARIUS HOPKINS,

           Movant,

    -against-

United States of America,

           Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

23-CV-10667 (LAK)

[17-CR-791 (LAK)]

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

      On April 2, 2024, Movant filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.[1]  The government shall respond by June 20, 2024.

      SO ORDERED.

Dated:    April 25, 2024

                                          Lewis A. Kaplan
                                     United States District Judge

---

[1] Dkt 8.