```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-3-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ARIUS HOPKINS,

                    Movant,

    -against-

United States of America,

                    Respondent.
------------------------------------------------x

23-cv-10667 (LAK)

[17-cr-791 (LAK)]

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Movant shall file any reply papers in support of his motion brought under 28 U.S.C. § 2255 by no later than July 31, 2024.

      SO ORDERED.

Dated:    July 3, 2024

                                                          _____
                                                             Lewis A. Kaplan
                                                          United States District Judge