UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ARIUS HOPKINS,

                Movant,

      -against-

UNITED STATES OF AMERICA,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

23-cv-10667 (LAK)

[17-cr-791 (LAK)]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/25

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        A certificate of appealability of the Court's orders dated October 1, 2024, and February 25, 2025, is denied.

        SO ORDERED.

Dated:    March 26, 2025

                                                Lewis A. Kaplan
                                          United States District Judge

*[Handwritten annotation: Arius Hopkins, 79689-054, U.S. Penitentiary, P O Box #2000, Bruceton Mills, WV 26525]*

*Copies mailed*
**Chambers of Judge Kaplan**